PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 268-5610
    Facsimile:  (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LEROY DILLARD,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | Case No.: 1:20-cv-01105-EPG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSE TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF**<br>**(FIRST REQUEST)**<br><br>**(ECF No. 17)** |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's confidential letter brief (CLB) be extended thirty (30) days, from the original deadline, such that Defendant's new deadline, with the Court's approval, will be August 20, 2021. This is Defendant's first request for an extension of time to respond to Plaintiff's CLB. Defendant needs additional time to review the voluminous administrative record,

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

consider the issues Plaintiff raised, confer with her client and handle defense counsel's conflicting deadlines in other matters.

With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Respectfully submitted,

Dated: July 22, 2021  */s/ Melissa Newel\**
Melissa Newel
Newel Law
Attorney for Plaintiff
(*authorized by email on July 21, 2021).


PHILLIP A. TALBERT
Acting United States Attorney

*/s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant


**ORDER**

Based on the above stipulation, IT IS ORDERED that Defendant shall serve Plaintiff with Defendant's Response to Plaintiff's Letter Brief no later than August 20, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **July 23, 2021**                        /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE