# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DILLARD,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.   1:20-cv-01105-EPG<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 22) |

      On October 19, 2021, Plaintiff filed a motion for a fourteen-day further extension of time to file Plaintiff's opening brief. (ECF No. 22). Plaintiff represents that Defendant has been informed of the motion and has no objection to the motion. Plaintiff requests to have until November 3, 2021, to file Plaintiff's opening brief.

      Being sufficient advised, IT IS ORDERED that Plaintiff's motion for extension of time (ECF No. 22) is granted. Plaintiff shall file Plaintiff's opening brief no later than November 3, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **October 20, 2021**                    /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE