PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND (CA 314717)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DILLARD,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>        Defendant. | Case No.: 1:20-cv-01105-EPG<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 27) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence and prior administrative medical findings concerning physical and mental impairments, and explain the persuasiveness of each medical opinion or prior administrative medical finding. The Appeals

Council will instruct the ALJ to reassess Plaintiff's subjective statements about symptoms.  The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  December 15, 20231  /s/  Melissa Newel *
(*as authorized via e-mail on 12/15/21)
MELISSA NEWEL
Newel Law
Attorney for Plaintiff

Dated:  December 15, 2021  PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Margaret Lehrkind
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 27), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **December 16, 2021**           /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE